No. 59. PACIFIC CONTACT LABORATORIES, INC. ET AL. *v.* SOLEX LABORATORIES, INC. C. A. 9th Cir. Certiorari denied. *Collins Mason* for petitioners. *Fred H. Miller* for respondent.

No. 61. CAPITAL TRANSIT Co. *v.* PUBLIC UTILITIES COMMISSION OF THE DISTRICT OF COLUMBIA ET AL.; and No. 66. POTOMAC ELECTRIC POWER Co. *v.* CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edmund L. Jones, F. Gloyd Awalt, Samuel O. Clark, Jr., W. V. T. Justis* and *F. Keith Kelly* for the Capital Transit Co. *Marx Leva* was with them in No. 61. *James Francis Reilly, Cornelius Means, T. Justin Moore* and *George D. Gibson* for the Potomac Electric Power Co. Reported below: 93 U. S. App. D. C. 194, 213 F. 2d 176.

No. 62. RENSTA, ADMINISTRATOR, ET AL. *v.* BEVERLY BEACH PROPERTIES, INC. ET AL. Supreme Court of Florida. Certiorari denied. *Carl A. Hiaasen* for petitioners. *William Gresham Ward* and *Stanley C. Myers* for Beverly Beach Properties, Inc., respondent.

No. 63. GIDEONS INTERNATIONAL ET AL. *v.* TUDOR. Supreme Court of New Jersey. Certiorari denied. *Jacob Stam* and *Charles S. Piepgrass* for petitioners. *Leo Pfeffer, Will Maslow* and *Shad Polier* for respondent.

No. 65. BROWN ET AL. *v.* BROWN. Supreme Court of Michigan. Certiorari denied. *William H. Brown* and *Eugene Gressman* for petitioners.

No. 67. HALL BROS. ET AL. *v.* CITY OF CLEVELAND ET AL. Supreme Court of Ohio. Certiorari denied. *Kent*